FILE
IN OPEN COURT
FEB 24 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 2:25cr
)
KATHERINE HENDERSON, )
)
*Defendant.* )

STATEMENT OF FACTS

By signing below, the parties stipulate that the allegations contained in Count One of the Criminal Information and the following facts are true and correct, and that had the matter gone to trial the United States would have proven them beyond a reasonable doubt.

1. From in or about 2022, continuing through in or about August 2023, defendant KATHERINE HENDERSON (HENDERSON) did knowingly and unlawfully devise and intend to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, transmit and cause to be transmitted by means of wire, radio, and television communication, in interstate and foreign commerce, any writings, signs, signals, pictures, and sounds for the execution of such scheme and artifice to defraud.

2. HENDERSON was employed as the Treasurer for Duroline North America (Duroline), a manufacturer of high-quality brake products in Norfolk, Virginia, in the Eastern District of Virginia. In this capacity, HENDERSON had access to the books and accounts of Duroline, including the ability to approve payroll.

3. HENDERSON also has a gambling problem and a compulsive shopping problem.

In order to cover losses incurred through online gambling and to support her shopping habit, HENDERSON devised a scheme and artifice to defraud Duroline. HENDERSON accomplished her fraud in two separate ways. First, HENDERSON committed payroll fraud by issuing herself unauthorized payroll funds above the salary she was being paid by Duroline. She also created a payroll account for her husband and paid him a salary despite the fact he never worked for Duroline and was unaware that HENDERSON had created a payroll account for him. Second, HENDERSON would intercept payments from Duroline's vendors and divert those payments to her own personal accounts and then change Duroline's books to make it appear the payments had been successfully deposited into Duroline's accounts.

4. HENDERSON's fraud was discovered in August 2023 when she went on vacation. During her absence a Duroline employee requested payment from one of Duroline's vendors. The vendor told the Duroline employee the payment in question had already been made and provided proof. Investigation determined that the payment had been diverted to HENDERSON's account. Duroline executives confronted HENDERSON about the fraud, and she resigned her position and fully admitted to the crime in writing. HENDERSON embezzled approximately $123,104.42 from Duroline in total.

5. The majority of the funds HENDERSON diverted went into her BlueVine Account. BlueVine is a financial institution with deposits insured by the Federal Deposit Insurance Corporation (FDIC) and locations in New Jersey, Utah, California, India, and Isreal. HENDERSON's diversion of funds from Duroline in the Commonwealth of Virginia to her BlueVine account caused various wire, radio, and television communication, in interstate and foreign commerce to effect the scheme and artifice to defraud from 2022 through August 2023.



JC
SK VH

6. The acts taken by the defendant, KATHERINE HENDERSON, in furtherance of the offense charged in this case, including the acts described above, were done willfully and knowingly with the specific intent to violate the law. The defendant acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct relating to the offense charged in this case nor does it identify all of the persons with whom the defendant may have engaged in illegal activities.

Respectfully submitted,

Todd W. Blanche
Deputy Attorney General

By: ______________________
Joseph L. Kosky
Assistant United States Attorney



JK
KH
SK

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, KATHERINE HENDERSON, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

KATHERINE HENDERSIN
Defendant

I am Suzanne Katchmar, KATHERINE HENDERSON's attorney. I have carefully reviewed the above Statement of Facts with her. To my knowledge, her decision to stipulate to these facts is an informed and voluntary one.

Suzanne Katchmar, Esquire
Attorney for KATHERINE HENDERSON